Your name: Thatcher Eills
Address: 2700 North Rainbow Boulevard, Unit 2133
Las Vegas, Nevada 98108
Phone Number: 603-491-7665
E-mail Address: thatcher.eills@outlook.com
Pro se

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ASHER ASSOCIATES, LLC, a Wyoming Limited Liability Corporation

Plaintiff,

vs.

THATCHER EILLS, an individual, and DOES 1-10, inclusive,

Defendant.

Case Number: 2:25-cv-01136

**ORDER GRANTING MOTION FOR PERMISSION TO USE AND REGISTER FOR ELECTRONIC CASE FILING**

The Court has considered the Motion for Permission to Use and Register for Electronic Case Filing. Finding good cause, the Motion is GRANTED in part and DENIED in part. (ECF No. 11). It is granted in part regarding Defendant's request for permission to file documents electronically. It is denied in part regarding Defendant's apparent consent for electronic service of documents. If Defendant wishes to consent to receive electronic notices of filings and/or delivery of documents by email, he must fill out and submit the Court's form, which can be found online at https://www.nvd.uscourts.gov/court-information/forms/ under code "Pro Se."

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: July 14, 2025