1  Erin M. Gettel, Esq.
   Nevada Bar No. 13877
2  SNELL & WILMER L.L.P.
   1700 S. Pavilion Center Drive, Suite 700
3  Las Vegas, NV 89135
   Telephone: 702.784.5200
4  Facsimile: 702.784.5252
   Email: egettel@swlaw.com

5  Dhaivat H. Shah, Esq. (CA SBN 196382)
6  GRELLAS SHAH LLP
   *(Admitted Pro hac vice)*
7  550 California Street, Suite 1040
   San Francisco, CA  94103
8  Telephone: (408) 255-6310
   Facsimile: (408) 255-6350
9  Email: ds@grellas.com

10 *Attorneys for Plaintiff Asher Associates, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ASHER ASSOCIATES, LLC, a Wyoming Limited Liability Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THATCHER EILLS, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-01136-APG-DJA<br><br>**NOTICE OF ATTORNEY WITHDRAWAL** |

PLEASE TAKE NOTICE THAT, John S. Delikanakis of Snell & Wilmer L.L.P., requests the withdrawal of his appearance in the above-captioned action and request that no further notices be given or required of him in the action, and that no documents of other pleadings in the action be given or served upon him.  Attorney Erin M. Gettel of Snell & Wilmer LLP, will continue to act as counsel of record for Plaintiff Asher Associates, LLC.

///

///

///

Dated: November 11, 2025

SNELL & WILMER L.L.P.

By: */s/ John S. Delikanakis*
John S. Delikanakis, Esq. (NV Bar No. 5928)
Erin M. Gettel Esq. (NV Bar No. 13877)
1700 S. Pavilion Center Drive, Ste. 700
Las Vegas, NV 89135

GRELLAS SHAH LLP
Dhaivat H. Shah
*(Admitted Pro hac vice)*
550 California Street, Suite 1040
San Francisco, CA 94103

*Attorneys for Plaintiff Asher Associates, LLC*

**IT IS SO ORDERED**.

DATED: 11/14/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2025, I electronically filed the foregoing **NOTICE OF ATTORNEY WITHDRAWAL** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED November 11, 2025

                                                  */s/ Lindsey Harjo*
                                              An employee of SNELL & WILMER L.L.P.

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200